**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEEL SPORTS INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 12-418-GMS |
| v. | ) ) |
| JOHN CONNER AND DEBORAH CONNER, | ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| JOHN CONNER AND DEBORAH CONNER, | ) ) ) ) |
| Counterclaim-plaintiffs, | ) ) |
| v. | ) ) |
| STEEL SPORTS, INC., a Delaware Corporation, STEEL PARTNERS HOLDINGS, L.P., a Delaware Limited Partnership, STEEL EXCEL, INC., a Delaware Corporation, THE SHOW, LLC, a Delaware Limited Liability Company, WARREN G. LICHTENSTEIN, an individual, JOSH SCHECHTER, and individual. | ) ) ) ) ) ) ) ) ) ) ) ) |
| Counterclaim-defendants | ) ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the undersigned counsel to the parties in this action, as follows:

1. This matter shall be dismissed in its entirety, including counterclaims, with prejudice.

2. Each side shall bear its own costs and attorneys' fees.

3. This stipulation may be executed in counterparts, with facsimile or PDF signatures treated as originals.

| | |
|---|---|
| /s/ John M. Seaman | /s/ Richard L. Renck |
| John M. Seaman (#3868) | Ricardo Palacio (#3765) |
| ABRAMS & BAYLISS LLP | Richard L. Renck (#3893) |
| 20 Montchanin Road, Suite 200 | ASHBY & GEDDES |
| Wilmington, DE 19807 | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| *Attorneys for* | |
| *Plaintiff and Counterclaim-Defendants* | *Attorneys for* |
| | *Defendants and Counterclaim Plaintiffs* |

Dated: December 14, 2012